UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOYCE SNYDER                                                                                          PLAINTIFF

VERSUS                                                                              CAUSE NO.1:17-CV-200-SA-DAS

L-3 COMMUNICATIONS VERTEX AEROSPACE LLC,
IUE-CWA INDUSTRIAL DIVISION OF THE
COMMUNICATIONS WORKERS OF AMERICA, and
IUE-CWA INDUSTRIAL DIVISION OF COMMUNICATIONS
OF AMERICA LOCAL NO. 83770                                                            DEFENDANTS

## ORDER TO DISMISS IUE-CWA INDUSTRIAL DIVISION OF COMMUNICATIONS OF AMERICA LOCAL NO. 83770

The Plaintiff and Defendant IUE-CWA Industrial Division of Communications of America Local No. 83770, having appeared by and through their respective counsel, and having announced that they agree Defendant IUE-CWA Industrial Division of Communications of America Local No. 83770 should be dismissed from this suit without prejudice, it is hereby ORDERED that IUE-CWA Industrial Division of Communications of America Local No. 83770 is dismissed from this lawsuit, without prejudice, with each party to bear their own costs.

SO ORDERED on this the 29th day of May, 2018

                                                   /s/ Sharion Aycock
                                                UNITED STATE DISTRICT JUDGE

Presented by:

/s/ *Ron L. Woodruff*
Ron L. Woodruff, MSB 100391
WAIDE & ASSOCIATES, P.A.
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff