IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOYCE SNYDER                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:17-CV-200-SA-DAS

L-3 COMMUNICATIONS VERTEX
AEROSPACE, LLC and IUE-CWA
INDUSTRIAL DIVISION OF THE
COMMUNICATIONS WORKERS OF AMERICA                                               DEFENDANTS

ORDER

On November 13, 2018, this Court granted L-3 Communications' Motion to Sever [23], severing the Plaintiff's claims against L-3 Communications from her claims against the IUE-CWA. To effectuate the severance, the Court now directs the Clerk of Court to open a new civil case in compliance with the Court's severance Order [57]. L-3 Communications shall be terminated as a Defendant in the above styled case. IUE-CWA's pending crossclaim against L-3 Communications shall proceed in the above styled case. The new civil case shall be styled: Joyce Snyder v. L-3 Communications Vertex Aerospace, LLC.

It is so ORDERED on this the 12th day of February, 2019.

                                              /s/Sharion Aycock
                                          UNITED STATES DISTRICT COURT JUDGE